IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

AMANDA BURCH, et al         )
                            )
v.                          )      CV 511-84
                            )
BLITZ, USA, INC., et al     )

**O R D E R**

Pursuant to Federal Rule of Civil Procedure 41, the parties have filed a Stipulation of Dismissal with Prejudice of the above captioned action. This stipulation is hereby approved and all claims are hereby dismissed with prejudice. The Clerk is ordered to close this case.

SO ORDERED this 19 day of May, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA